THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Larry Joe Sullivan, Appellant.
 
 
 

Appeal From Laurens County
William P. Keesley,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-434
Submitted October 1, 2007  Filed October 9, 2007    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER
 CURIAM:  Larry Joe Sullivan appeals his guilty plea to criminal
 sexual conduct with a minor in the second degree resulting in a sentence of
 eighteen years in prison.  He maintains his guilty plea was not intelligent and
 voluntary because the judge advised him of these rights in a cursory manner,
 failing to convey the importance of these rights, and thus did not comply with  Boykin
 v. Alabama, 395 U.S. 238 (1969).  Sullivan
 also asserts a pro se argument.  After a thorough review of the record, counsels brief, and Sullivans pro se brief pursuant Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Sullivans appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.